**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-7725**

---

TERRY O'CONNOR PAGE,

Petitioner - Appellant,

versus

EDWARD MURRAY, Director,

Respondent - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. David G. Lowe, Magistrate Judge. (CA-94-12)

---

Submitted:  May 29, 1997

Decided:  June 5, 1997

---

Before NIEMEYER, LUTTIG, and MOTZ, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Terry O'Connor Page, Appellant Pro Se.  Robert B. Condon, Assistant Attorney General, Michael Thomas Judge, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying Appellant's Fed. R. Civ. P. 60(b)(3) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss on the reasoning of the district court. <u>Page v. Murray</u>, No. CA-94-12 (E.D. Va. Oct. 7, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2